19 So.2d 404

### Aaron FLANDELL v. STATE.

### 6 Div. 282.

Supreme Court of Alabama.

Oct. 11, 1944.

Beddow, Ray & Jones, of Birmingham, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Forman Smith, Asst. Atty. Gen., opposed.

BROWN, Justice.

Petition of Aaron Flandell for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Flandell v. State, 31 Ala.App. 520, 19 So.2d 401.

Writ denied.

THOMAS, FOSTER, LIVINGSTON, STAKELY, and SIMPSON, JJ., concur.